UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO: SA: 13-CR-00385(1)-XR |
| | ) | |
| BRENDA MATTOX | ) | |

NOTICE OF APPEARANCE

NOW COMES RONALD P. GUYER and gives notice as retained counsel representing Brenda Mattox in the above styled and numbered cause.

Respectfully submitted,

/S/ RONALD P. GUYER
RONALD P. GUYER
Bar No. 08649500
**PO Box 830846**    120 King William St
**SA, TX 78283**    SA, TX 78204
Tel 210.226.6808
Fax 210.226.0331
rpguyer@airmail.net

## CERTIFICATE OF SERVICE

I do hereby certify this Notice of Appearance has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the office of the United States Attorney, San Antonio. Texas.

/S/ _____
RONALD P. GUYER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | NO:  SA: 13-CR-00385(1)-XR |
| | ) | |
| **BRENDA MATTOX** | ) | |

**NOTICE OF APPEARANCE**

      This Notice of Appearance has been considered and is accepted by the Court.

      So ordered this the _____day of _____, 2013.

                                              _____
                                              United States Magistratea Judge