6/7/2011 Waiver of Preliminary Hearing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | NO: SA:13-CR-00385(1)-XR |
| (1) BRENDA MATTOX | § | |

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

Nov 8, 2013
Date                                                           Defendant

                                                               Ronald Guyer
                                                               Name of Attorney for Defendant (Print)

Nov 8, 2013
Date                                                           Signature of Attorney for Defendant