AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
NOV 1 2 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>TRUE NAME: BRENDA MATTOX<br>aka Mary Rebecca Anderson,<br>aka Judy Marie Engram<br><br>_____<br>Defendant | )<br>)  Case No.  SA-13-CR-0385-XR (01)<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TRUE NAME: BRENDA MATTOX aka Mary Rebecca Anderson, Judy Marie Engram   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

PROB 12C   VIOLATIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

Date: 08/08/2013

*Issuing officer's signature*

City and state:   San Antonio, Texas           Kathy L. Hicks, U.S. Deputy Clerk
                                               *Printed name and title*

---

### Return

This warrant was received on *(date)* 8·9·13, and the person was arrested on *(date)* 10·30·13
at *(city and state)* Austin, TX.

Date: 10·30·13

AUSTIN PD
*Arresting officer's signature*

by Clark Mora, USMS IES
*Printed name and title*