Case No: 5:13cr385
PTSO: [CE]     PO: [TLT]

**CLERK'S COPY**

Filed: 12/11/13
Doc. #11

FILED
DEC 1 1 2013
CLERK, U.S. DISTRICT ...
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| vs. | §   NO:  SA:13-CR-00385(1)-XR |
| (1) BRENDA MATTOX | § § |

### ORDER RELEASING DEFENDANT

At the revocation proceeding conducted on December 11, 2013, the Court sentenced defendant to a term of TIME SERVED and determined that defendant should be released with no further supervised release to follow. A more detailed order to follow.

It is, therefore, ORDERED that the United States Marshal Service immediately release defendant, if there are no other detainers as to this defendant.

It is so ORDERED.

SIGNED on December 11, 2013

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE