UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 1 3 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | Case No. SA-13-CR-385(01)-XR |
| § | *(Transfer of Jurisdiction from the Western District of* |
| BRENDA MATTOX, § | *Texas, Holding Session in El Paso)* |
| aka Mary Rebecca Anderson, Judge Marie Engram § | |

ORDER REVOKING SUPERVISED RELEASE
AND RESENTENCING THE DEFENDANT

On the 11th day of December, 2013 came on to be considered the United States' petition to revoke the Defendant's supervised release [doc. #2]. After due hearing, including consideration of all statutorily-required factors and revocation policy statements, the Court finds that the Defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the petition to revoke,

**IT IS ORDERED** by the Court that the United State's petition to revoke the Defendant's supervised release [doc. #2] is **GRANTED**. The term of supervised release originally imposed on June 26, 2007, under cause number EP-06-CR-2563-FM-2 in the United States District Court for the Western District of Texas, El Paso Division, and transferred to the Western District of Texas, San Antonio Division under cause number SA-13-CR-385(01) XR, is hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME ALREADY SERVED**. No further supervised release will be imposed.

Monetary sanctions imposed in this case that remain unpaid are reimposed, and such sanctions are due and payable immediately.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Signed this 13th day of December, 2013.

                                                XAVIER RODRIGUEZ
                                                United States District Judge